692

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* CHARLES S. BROWN, Defendant-Appellee.

(No. 57804;

First District (5th Division)—December 21, 1973.

PER CURIAM.
ENGLISH, J., took no part.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Thomas A. Mauet, and Forrest M. Tatel, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellee.